

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2017

No. 04-17-00728-CV

**METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD, LLP**, dba Northeast
Methodist Hospital, Sarah I. Back, R. N. and Ismel Tres Sosa, M.D.,
Appellants

v.

Rita **REMINGTON**, Individually and as Independent Executor of the Estate of Alvin Charles
Hall, Deceased, and Karl Hall, Individually,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11703
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The Appellee's First Unopposed Motion for Extension of Time to File Brief is
GRANTED. The appellee's brief is due on January 15, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 29th day of December, 2017.

KEITH E. HOTTLE,
Clerk of Court